**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**BRIAN GILLINGHAM,**

    Petitioner,

**CASE NO.  3:08-cv-312**

**-vs-**

District Judge Timothy S. Black
Magistrate Judge Sharon L. Ovington

**WARDEN, Pickaway Correctional Institution,**

    Respondent.

---

**JUDGMENT IN A CIVIL CASE**

---

    **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED THAT** the Reports and Recommendations of the Magistrate Judge (Doc. 10) is **ADOPTED**; the Petitioner's Objections (Doc. 12) are **OVERRULED**; the Petition for Writ of Habeas Corpus (Doc 11) is **DENIED**; Petitioner is **DENIED** leave to appeal *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) and is **DENIED** a certificate of appealability under 28 U.S.C. §2253(c); and the case is **TERMINATED** on the docket.

Date:  July 14, 2011                                 **JAMES BONINI, CLERK**

                                                         By: s/ M. Rogers
                                                         Deputy Clerk